UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JENNIFER BURNS,

    Plaintiff,

v.                                            Case No. 8:18-cv-1338-T-23AEP

WAL-MART STORES EAST, LP,

    Defendant.
_____/

## **ORDER**

Plaintiff filed a Notice of Settlement (Doc. 52), indicating that the parties reached a full settlement in this case. Accordingly, pursuant to Local Rule 3.08(b), this action is DISMISSED WITHOUT PREJUDICE to the right of any party, within sixty (60) days from the date of this Order, to submit a stipulated form of final judgment or to reopen the action upon a showing of good cause. The Clerk is directed to (1) administratively close the case and (2) terminate all pending deadlines.

DONE AND ORDERED in Tampa, Florida, on this 17th day of October, 2019.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of Record